IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jordan, Kerry | Case Number: 03 B 48435 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/5/08 | Filed: 12/1/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 28, 2007
Confirmed: January 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 24,238.20 | |
| Secured: | | 319.87 |
| Unsecured: | | 18,364.75 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,210.90 |
| Other Funds: | | 1,642.68 |
| Totals: | 24,238.20 | 24,238.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 319.87 | 319.87 |
| 3. | Americash Loans, LLC | Unsecured | 297.43 | 297.43 |
| 4. | Cavalry Portfolio Services | Unsecured | 9,983.39 | 0.00 |
| 5. | Fairlane Credit L.L.C. | Unsecured | 11,755.13 | 11,755.13 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,150.00 | 1,150.00 |
| 7. | NCO Financial Systems | Unsecured | 1,105.84 | 1,105.84 |
| 8. | Educational Credit Management Corp | Unsecured | 3,145.02 | 3,145.02 |
| 9. | Americash Loans, LLC | Unsecured | 366.00 | 366.00 |
| 10. | Monterey Financial Services | Unsecured | 545.33 | 545.33 |
| 11. | ACT Control | Unsecured | | No Claim Filed |
| | | | $ 31,368.01 | $ 21,384.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 177.75 |
| 4% | 44.14 |
| 6.5% | 312.50 |
| 3% | 48.16 |
| 5.5% | 241.37 |
| 5% | 81.01 |
| 4.8% | 144.05 |
| 5.4% | 161.92 |
| | $ 1,210.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jordan, Kerry

Printed:  2/5/08

Case Number:  03 B 48435
Judge:  Wedoff, Eugene R
Filed:  12/1/03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*